IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:21-cr-00096 |
| | ) | |
| NATHANIEL MITCHELL, JR. | ) | JUDGE CAMPBELL |

## ORDER

Pending before the Court is Defendant's Motion to Modify his conditions of pretrial release. (Doc. No. 67). Defendant requests that he be permitted to travel to Atlanta, Georgia on Friday to meet with his attorney on Saturday, and then travel back to Nashville on Sunday. Neither the United States Attorney nor Defendant's Probation Officer object to the request except that the United States Attorney requests that the trip be shortened to not include two nights in Atlanta. The motion is **GRANTED,** and Defendant's conditions are modified as follows:

Defendant is permitted to travel to Atlanta, Georgia on Saturday, June 18, 2022. He shall meet with his attorney and return to the Middle District of Tennessee on Sunday, June 19, 2022. All other conditions of his pretrial release remain unchanged.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE